IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CLEMEL PENN**                                                                                         **PLAINTIFFS**

4:21-CV-00040-JM

**MOTION INDUSTRIES, INC.**                                                                 **DEFENDANT**

### ORDER

On September 2, 2021, the Court of Appeals for the Eighth Circuit affirmed in part (approval of the liability settlement) and remanded in part for further proceeding (related to fees).[1] The parties previously submitted the necessary documents for the Court to review regarding the settlement negotiations, and Plaintiff's counsel has provided the documents requested after the mandate was issued.

Based on the submitted correspondence, once liability was finalized, the fees issue was separately resolved. According to the settlement agreement the parties agreed that the Sanford Law Firm would receive $3,750.00. The amount due to the Sanford Law Firm, which was agreed upon by the parties, is approved.

This case is DISMISSED with prejudice, subject to the terms of the settlement agreement. The Clerk is directed to close the case.

IT IS SO ORDERED this 28th day of April, 2022.



UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 15.